# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**KAMAL K. PATEL**                                                                                       **PLAINTIFF**

v.                                                 **2:06CV00217-WRW**

**E.J. PRINCE,** *ET AL.*                                                                           **DEFENDANTS**

## ORDER

Pending is Plaintiff's Motion for Reconsideration (Doc. No. 6).  Plaintiff's claims were DISMISSED WITH PREJUDICE by Order entered on January 17, 2007 (Doc. No. 3).  After thoroughly reviewing the original Order and Plaintiff's Motion, Plaintiff's Motion is DENIED.

IT IS SO ORDERED this 8th day of February, 2007.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE