**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

KAMAL PATEL, REG. #56496-080                                                                          PLAINTIFF

V.                                        2:06CV00217 WRW/JTR

E. J. PRINCE, Clinical Director,
FCI-Forrest City; and
UNITED STATES OF AMERICA                                                                          DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed, and the time for doing so has passed. After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

1.   Counts 8 through 18, as set forth in Plaintiff's Complaint, are SEVERED from this lawsuit, and the Clerk is directed to IMMEDIATELY TRANSFER those Counts to the United States District Court for the Northern District of Texas, Abilene Division.

2.   Plaintiff may PROCEED, in this judicial district, with Counts 1 through 7, as set forth in his Complaint.

3.   The Clerk is directed to prepare a summons for Defendants, and the United States Marshal is directed to serve the summons, the Complaint, and this Order upon them, the United States Attorney for the Eastern District of Arkansas, and the United States Attorney General, without prepayment of fees and costs or security therefor.

4.   Plaintiff's Motion to Sever and Transfer the Privacy Act Claims (Doc. No. 50) is DENIED.

IT IS SO ORDERED this 20th day of April, 2009.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE